Mark E. SANBORN, Petitioner,

v.

DEPARTMENT OF the ARMY,
Respondent.

No. 2013–3046.

United States Court of Appeals,
Federal Circuit.

Sept. 12, 2013.

Rehearing and Rehearing En Banc
Denied Dec. 12, 2013.

Mark E. Sanborn, of El Paso, Texas, pro se.

Daniel G. Kim, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief were John F. Lopez and Allen Thomas, Attorneys, Office of the Staff Judge Advocate, United States Department of the Army, of Fort Bliss, Texas.

RADER, Chief Judge, NEWMAN, and DYK, Circuit Judges.

### JUDGMENT

PER' CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**